United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                                    Case No. 2:26-mj-120

Joshua Thomas Haynes

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   February 26, 2026 @ 1:30 pm | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Kevin Kelley |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Stacey MacDonald |
| Interpreter | | Pretrial/Probation: | Tiara Turner |
| Log In | 1:28 pm | Log Out | 1:35 pm |

Defendant advised of rights, charges, and penalties.

Defendant requested, qualified for & will be appointed counsel.

Government's oral motion for detention hearing is granted.

Detention Hearing set for 3/3/26 @ 2:00 pm.

Preliminary Hearing set for 3/12/26 @ 2:00 pm

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.